25 F.3d 297
 ACUFF-ROSE MUSIC, INC., Plaintiff-Appellant,
v.
Luther R. CAMPBELL, a/k/a Luke Skyywalker; Christopher
Wongwon, a/k/a Fresh Kid Ice; Mark Ross, a/k/a Brother
Marquis; David Hobbs, a/k/a Mr. Mixx; professionally as 2
Live Crew; Luke Skyywalker Records, Defendants-Appellees.
 No. 91-6225.
 United States Court of Appeals,
Sixth Circuit.
 May 24, 1994.
 
 1
 Before: NELSON and NORRIS, Circuit Judges, and JOINER, Senior District Judge.[1]
 
 ORDER
 
 2
 On remand from the Supreme Court of the United States of America.
 
 
 3
 Upon consideration of the decision of the Supreme Court reversing the prior decision of this court in the above-entitled case and remanding for further proceedings, see Campbell v. Acuff-Rose Music, Inc., --- U.S. ----, 114 S.Ct. 1164, 127 L.Ed.2d 500 (1994), it is ordered that this cause be remanded to the district court for further proceedings not inconsistent with the Supreme Court's opinion.
 
 
 
 [1]
 Honorable Charles W. Joiner, United States District Judge for the Eastern District of Michigan, sitting by designation